JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA O. B., | ) | No. CV 22-07172 AGR |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MARTIN J. O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff.  The decision of the Commissioner is reversed and remanded for further proceedings for the period beginning  December 9, 2018.  As of that date, Plaintiff was limited to less than occasional handling and fingering in an eight-hour workday.

DATED: January 18, 2024

ALICIA G. ROSENBERG
United States Magistrate Judge