# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Orellana Baires,<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:22-cv-07172-PA-AGR<br><br>[PROPOSED] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($7,400.00) and costs in the amount of Zero dollars ($0.00) under 28 U.S.C. §1920. as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: April 19, 2024

_____
HON. Alicia G. Rosenberg
UNITED STATES MAGISTRATE JUDGE